WILLIAM H. CUMMINGS *et al.*

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS for the use of

O. P. POWEL, Administrator.

WRIT OF ERROR to the Circuit Court of Jersey county; the Hon. CHARLES D. HODGES, Judge, presiding.

Messrs. WOODSON & WITHERS, and Mr. JAMES W. ENGLISH, for the plaintiffs in error.

Messrs. PINERO & HERDMAN, for the defendants in error.

Mr. CHIEF JUSTICE BREESE: This case differs in no essential particular from the preceding case, except this suit was brought against Cummings and his sureties, five in number, on his bond as collector of the revenue of Jersey county. The name of the omitted surety was Mortimer B. Scott.

The same rules and principles which we have applied to the foregoing case, are applicable to this case, and the judgment must be reversed.

*Judgment reversed.*